UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE (76.22.118.13),

    Defendant.

C17-1732 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for entry of default having been denied by Minute Order entered May 29, 2018, docket no. 18, and almost five months having elapsed since then without further activity in this matter, plaintiff is DIRECTED to SHOW CAUSE, within fourteen (14) days of the date of this Minute Order, why this case should not be dismissed, either with or without prejudice, for failure to prosecute.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2018.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1